**Mandeep SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70797.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 2014.

Filed June 19, 2014.

Jaspreet Singh, Esquire, Law Office of Jaspreet Singh, Jackson Heights, NY, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Rebecca Hoffberg Phillips, Esquire, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, GRABER, and BYBEE, Circuit Judges.

MEMORANDUM *

Petitioner Mandeep Singh, a native and citizen of India, petitions for review of the decision of the Board of Immigration Appeals ("BIA") denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We deny the petition.

Substantial evidence supports the BIA's determination that Singh could safely and reasonably relocate within India. *See* 8 C.F.R. §§ 1208.13(b)(1), 1208.16(b)(1). The country reports indicate that the Punjabi police would not pursue a non-militant, rank-and-file AISSF member like Singh outside the Punjab region, and that the national authorities would have no interest in someone with Singh's background. Sikhs may practice their religion without restriction in every state, and there are substantial Sikh communities throughout India where Singh and his family could reside.

Because substantial evidence supports the BIA's determination regarding relocation, substantial evidence also supports the BIA's denial of CAT relief. *See* 8 C.F.R. § 1208.16(c)(3)(ii), (iv).

**PETITION DENIED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

